# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

COPPER OAKS MASTER HOME OWNERS ASSOCIATION,

a Colorado corporation,

                  Plaintiff,

     v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

a corporation,

                  Defendant.

---

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION

---

Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendant American Family Mutual Insurance Company hereby files its Notice of Removal of the above-captioned action to this Court, and states as follows:

1.      Defendant American Family Mutual Insurance Company is named as a defendant in Civil Action No. 2015CV31274 in Jefferson County District Court (the "State Court Action").

2.      The Complaint in the State Court Action was filed with the Clerk of the District Court of Jefferson County, in Golden, Colorado on July 23, 2015. Plaintiff served the Summons and Complaint on Defendant on July 24, 2015.  The Defendant is filing its Answer and Jury Demand to Plaintiff's Complaint herewith**.

3.      This Notice is being filed with this Court within thirty (30) days after the Plaintiff's Complaint was served upon the Defendant's registered agent setting forth the claims for relief upon which Plaintiff's action is based.

4.      To the best of Defendant's knowledge, all pleadings that have been filed or served in the State Court Action are attached hereto as Exhibit "A."  To the best of Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5.      American Family Mutual Insurance Company avers that this Court has diversity jurisdiction over Plaintiff's claims because this is a civil action between parties of diverse citizenship.  Additionally, the amount in controversy exceeds $75,000 and thus this Court has original jurisdiction under 28 U.S.C.A. § 1332.

6.      Plaintiff is a citizen of the State of Colorado, Jefferson County (See Exhibit A, Complaint – Caption reflecting that Plaintiff is a "Colorado Corporation", and paragraph 2 reflecting that Plaintiff Homeowners Association owns the damaged property located in Jefferson County, Colorado.) Defendant insurer is licensed to write insurance in Colorado (Exhibit A, Complaint, paragraph 3), but is a Wisconsin Corporation served by the Colorado Division of Insurance at its place of residence in Madison, Wisconsin (See Exhibit B, Colorado Secretary of State's Office record listing Defendant as a "foreign corporation" with its principal office address in Madison Wisconsin, and Exhibit C, evidence of service of process made upon Defendant at its principal office address in Wisconsin.) The parties in the litigation are citizens of different states and thus this civil action is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(a) because this Court has diversity jurisdiction.

7.      The Plaintiff seeks more than $8 million in damages – well in excess of the $75,000 amount in controversy requirement. See Exhibit A, District Court Civil Case Cover Sheet in which Plaintiff states it is seeking a monetary judgment for more than

$100,000.  See also Exhibit D, letter of November 12, 2014, from Plaintiff's public adjuster Derek O'Driscoll to Defendant demanding $3,394,171.47 as the actual cash value claim amount, and Exhibit E, Defendant's loss calculations reflecting its valuation of property damages at $620,979.13. In addition to the amount of insurance benefits in dispute and thus sought as damages in this case, $2,773,194.34, Plaintiff seeks additional statutory damages of two times that amount under C.R.S. 10-3-1116 (Exhibit A, Complaint, paragraph 47) for the total amount of over $8 million, exclusive of costs and attorney fees sought under that same statute.

8.      Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-described action now pending in Jefferson County District Court, be removed therefrom to this Court.

Respectfully submitted this 24th day of August, 2015.


By:      *s/Clifton J. Latiolais*
Clifton J. Latiolais (CO Bar No. 13765)
CAMPBELL LATIOLAIS & AVERBACH, LLC
825 Logan Street
Denver, Colorado  80203
(303) 831-5990
Email: clatiolais@cla-law.net
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2015, I presented the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of the filing to the following:

JoAnne Zboyan, Esq.

Christopher Mammel, Esq.
.

                                    _____s/Merrie J. Robinson_____